| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br><br>United States of America,<br><br><br>                    -against-<br><br>Beatriz Elena Henao<br><br>                                              Defendant.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | FILED ELECTRONICALLY<br><br><br>1:01-Cr.-864-SHS<br><br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR ELECTRONIC<br>NOTIFICATION |

PLEASE TAKE NOTICE that Beatriz Elena Henao appears in the case captioned above by her counsel, Sean Hecker of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to him at the address given below.

Dated: New York, New York
       February 23, 2011

                                        DEBEVOISE & PLIMPTON LLP
                                        By:


                                        /s/Sean Hecker_____
                                        Sean Hecker
                                        shecker@debevoise.com

                                        919 Third Avenue
                                        New York, New York 10022
                                        (212) 909-6000
                                        *Attorney for* Beatriz Elena Henao

TO:    All those receiving electronic notice